IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BONNIE RAYSOR et al.,

    Plaintiffs,

v.                                    CASE NO. 4:19cv301-RH-MJF

LAUREL M. LEE,

    Defendant.

_____/

## ORDER FOR REASSIGNMENT

This case is closely related to an earlier-filed case in this court styled *Jones v. DeSantis*, No. 4:19cv300-MW-MJF. That case is assigned to Chief District Judge Mark E. Walker. In the interest of judicial economy, and in accordance with this court's standard procedure for closely related matters,

IT IS ORDERED:

The clerk must reassign this case to Chief Judge Walker.

SO ORDERED on June 29, 2019.

                                          s/Robert L. Hinkle
                                          United States District Judge