UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JEFF GRUVER, et al.,**

    *Plaintiffs*,

v.                           Case No. 1:19cv121-MW/GRJ

**KIM A. BARTON,**

    *Defendants*.

_____/

## ORDER OF TRANSFER AND CONSOLIDATION
## WITH PRIOR-FILED CASE

Multiple cases were filed Friday evening challenging S.B. 7066. The first case, *Jones v. DeSantis, et al.*, No. 4:19cv300, was filed in the Tallahassee Division at 6:27 p.m. Central Standard Time and was randomly assigned to Chief Judge Mark Walker. The second case, *Gruver, et al., v. Barton, et al.*, No. 1:19cv121, was filed in the Gainesville Division at 6:49 p.m. Central Standard Time and was randomly assigned to Chief Judge Mark Walker. The third case, *Raysor, et al. v. Lee*, No. 4:19cv301, was filed in the Tallahassee Division at 10:02 p.m. Central Standard Time and was randomly assigned to Judge Robert Hinkle.

This Court can sua sponte transfer cases in the interest of judicial economy. "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or

1

division where it might have been brought." 28 U.S.C. § 1404(a). Venue is appropriate in a judicial district "in which any defendant resides, if all defendants are residents of the State in which the district is located" or "in which a substantial part of the events or omissions giving rise to the claim occurred." 28 U.S.C. § 1391(b).

Under the time-honored intradistrict first-filed practice, the first case, No. 4:19cv300, is the controlling case. On this Court's own motion, it is transferring *Gruver, et al., v. Barton, et al.,* No. 1:19cv121, to the Tallahassee Division.

Additionally, consolidation is appropriate because the two cases randomly assigned to Judge Walker "involve a common question of law or fact." Fed. R. Civ. P. 42(a). By separate order, Judge Hinkle has reassigned *Raysor, et al., v. Lee*, No. 4:19cv301 to the undersigned in the interests of judicial economy and in accordance with this Court's standard procedure in closely related matters. *See Raysor, et al., v. Lee*, No. 4:19cv301, ECF No. 4. Likewise, 4:19cv301 shall be consolidated. Accordingly,

**IT IS ORDERED:**

1. The Clerk is directed to take all necessary steps to transfer *Gruver, et al., v. Barton, et al.,* No. 1:19cv121, from the Gainesville Division to the Tallahassee Division. When the transfer is effective, the Clerk shall close the Gainesville file.

2. The Clerk is directed to take all necessary steps to consolidate Case Nos. 4:19cv300, 1:19cv121, and 4:19cv301 for the purposes of case management. They will be maintained on a common docket under Consolidated Case No. 4:19cv300. The Clerk is directed to connect all lawyers from the consolidated cases to Case No. 4:19cv300. A paper that is applicable to any of the consolidated case must be filed in the common docket and must not be filed separately in any other case.

**SO ORDERED on June 30, 2019.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**